**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| ALICIA LOPEZ MORA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 3:21-cv-138 |
| v. | § | Case No. _____ |
| | § | |
| THE COUNTY OF EL PASO, TEXAS, | § | |
| AND THE EL PASO COUNTY, TEXAS | § | |
| SHERIFF'S DEPARTMENT | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF REMOVAL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COME NOW Defendants THE COUNTY OF EL PASO, TEXAS,  AND THE EL PASO COUNTY, TEXAS SHERIFF'S DEPARTMENT (the "County") and file this Notice of Removal. As grounds for its removal Defendants state the following:

1.      The suit being removed is a civil action pending in the 205th Judicial District Court of El Paso County, Texas, styled *Alicia Lopez Mora, Plaintiff v. The County Of El Paso, Texas, and The El Paso County, Texas Sheriff's Department, Defendants*, Cause No. 2021DCV1566 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, orders, and documents from the State Court Action which have been served upon Defendants are being filed with this Notice of Removal and are attached as **Exhibits A**. A copy of the docketing sheet from the State Court Action is also being filed and is attached as **Exhibit B**.

2.      The state court action commenced on May 10, 2021. The County was properly served with Citation, Plaintiff's Original Petition on May 19, 2021. Therefore, this notice of removal is timely filed under 28 U.S.C. § 1446(b), within 30 days of the service on Defendants.

3.      Plaintiff's Original Petition alleges federal questions as Plaintiff has alleged a deprivation of Plaintiff's rights under the Eighth Amendment and Fourteenth Amendment to the United States Constitution and seeks relief under 42 U.S.C. §1983.

4.      The United States District Court possesses jurisdiction over Plaintiff's state law claims pursuant to supplemental jurisdiction under 28 U.S.C. §1441(c).

5.      The United States District Court for the Western District of Texas, El Paso Division, is the proper place to file this Notice of Removal because it is the federal judicial district embracing the place where the State Court Action was originally filed and is pending. 28 U.S.C. §§ 1441(a).

6.      Defendants, the removing parties, will promptly give adverse parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. 1446(d).  Defendants will promptly file a copy of this Notice of Removal with the Clerk of the 205th Judicial District Court, El Paso County, Texas, where the action is currently pending, also pursuant to 28 U.S.C. § 1446(d).

7.      Plaintiff has not added additional Defendants.

8.      Plaintiff did not demand a jury in the state-court suit.

**WHEREFORE**, **PREMISES CONSIDERED,** Defendants THE COUNTY OF EL PASO, TEXAS, AND THE EL PASO COUNTY, TEXAS SHERIFF'S DEPARTMENT, TEXAS, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove the case styled *Alicia Lopez Mora, Plaintiff v. The County Of El Paso, Texas, and The El Paso County, Texas Sheriff's Department*, Cause No. 2021DCV1566.

**Respectfully submitted**,

**JO ANNE BERNAL**
El Paso County Attorney
500 East San Antonio, Room 503
El Paso, Texas  79901
Bus:  (915) 546-2050
Fax:  (915) 546-2133

BY:          */s/ Ian R. Kaplan* _____
             **Ian R. Kaplan**
             Assistant County Attorney
             Texas Bar No. 24043747
             Email: Ian.Kaplan@epcounty.com


and          */s/ Dana Irwin Carmona* _____
             **Dana Irwin Carmona**
             Assistant County Attorney
             Texas Bar No. 24048564
             Email: D.Carmona@epcounty.com

             Attorneys for Defendants


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was submitted via electronic mail to Jose Montes, Jr. at Monteslawoffice@yahoo.com 1155 Westmoreland Drive, Suite 120, El Paso, Texas 79925, attorney for the Plaintiff on this the 11th day of June, 2021.


             */s/ Ian R. Kaplan* _____
             **Ian R. Kaplan**


*Defendants' Notice of Filing Notice of Removal*
*Page 3*

# EXHIBIT A

Filed 5/10/2021 3:33 PM
Norma Favela Barceleau
District Clerk
El Paso County
2021DCV1566

| | |
|---|---|
| **ALICIA LOPEZ MORA**<br>**Plaintiff,**<br><br>**V.**<br><br>**THE COUNTY OF EL PASO, TEXAS**<br>**AND THE EL PASO COUNTY, TEXAS**<br>**SHERIFF'S DEPARTMENT**<br>**Defendants.** | §<br>§<br>§<br>§    **CAUSE NO. 2021- _____**<br>§<br>§<br>§<br>§<br>§<br>§ |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

**TO THE HONORABLE JUDEG OF SAID COURT:**

      **COMES NOW, ALICIA LOPEZ MORA,** Plaintiff, complaining of the County of El

Paso, Texas and the El Paso County, Texas Sheriff's Department, Defendants, and for cause of

action shows:

**I.**

      Plaintiff is an individual residing in El Paso County, Texas. The last three digits of

Plaintiff's Social Security number are 993. The last three digits of Plaintiff's License Number are

888.

      Defendant, the County of El Paso, Texas is a State of Texas County and may be served

with process by serving Ricardo A. Samaniego, County Judge of El Paso County, Texas at 500

East San Antonio Ave., Suite 301, El Paso, Texas 79901.

      Defendant, the El Paso County Texas Sheriff's Department is a Department of the County

of El Paso County, Texas and may be served with process by serving Richard Wiles, Sheriff of the

El Paso County, Texas Sheriff's Department at 3850 Justice Dr., El Paso, Texas 79938.



**II.**

At all times material hereto, all of the agents, servants and employees for all of the Defendants, who were in any way connected with the occurrence of the subject of this suit, were acting within the course and scope of their employment or official duties and in furthermore of the duties of their office or employment.

**III.**

On May 13, 2019, Plaintiff Alicia Lopez Mora, was arrested pursuant to a warrant of arrest, for the offenses of engaging in organized criminal activity and the manufacturing and delivery of a controlled substance penalty group 1, 1 gram < 4 grams by agents, servants, and employees of the County of El Paso, Texas and the El Paso County, Texas Sheriff's Department.

Plaintiff was handcuffed, detained, arrested and booked into the El Paso County, Texas Jail. At the jail, Plaintiff was fingerprinted, photographed and locked in a cell.

On May 13, 2019, Plaintiff posted bond through Amigo Bail Bonds in the amount of $44,000.00 and after several hours of waiting was released. That same day after retaining an attorney the charges were dismissed by the El Paso County, Texas District Attorney's office.

**IV.**

The occurrence made the subject of this cause of action was a direct and proximate result of the actions and conduct of both of the Defendants and each of their agents, servants and employees.



Plaintiff shows that all of the foregoing acts and conduct, both of commission and omission, or both, separately and collectively, were proximate causes of the occurrence which is the basis of this suit and Plaintiff's resulting injuries and damages.

## V.

As a direct and proximate result of both of Defendant's and their agents, servants, and employees unjustified and irresponsible charges, detention, and arrest of Plaintiff, Plaintiff suffered severe humiliation, embarrassment, fear, frustration and mental anguish, in addition to the physical discomfort she was required to withstand.

Furthermore, Plaintiff's reputation and standing in the community has been irreparably tarnished and her employment future has been decidedly disadvantaged, Because of the damage of her reputation and because of the unshakable memories of this experience, Plaintiff has been in a continued state of depression, humiliation, embarrassment, fear, frustration and mental anguish which conditions she does not expect to change for a long time into the future.

## VI.

As a further direct and proximate result of all of the above and foregoing, Plaintiff has incurred expenses for medical care and attention, physician fees and medical expenses.

These expenses were incurred for necessary care and treatment of the emotional state of Plaintiff resulting from the incident complained of. These charges are reasonable and they were the usual and customary charges made for such services in El Paso, County, Texas.



## VII.

Plaintiff would further show that the conduct of each of the Defendants, as described above, was willful and malicious. As a result, Plaintiff is entitled to recover exemplary damages to deter such cruel and undignified conduct and actions by agents, servants and employees of each of the Defendants in the future. In this connection, Plaintiff would show that her treatment by each of the Defendants and each of the Defendants' agents, servants, and employees caused her suffering of immeasurable dimensions as summarized above, significant expenses as enumerated above, as well as attorney fees incurred in defending Plaintiff. Accordingly, Plaintiff requests that exemplary damages be awarded against each of the Defendants.

## VIII.

By reason of all of the above and foregoing, Plaintiff has suffered losses and damages in a sum that exceeds the minimum jurisdictional limits of this Court and for which she sues each of the Defendants.

**WHEREFORE**, Plaintiff requests that each of the Defendants be cited to appear and answer, and that on final trial Plaintiff have:

1. Judgment against each of the Defendants for a sum in excess of the minimum jurisdictional limits of this Court.
2. Exemplary damages.
3. Interest after judgment at the rate allowed by law until paid.
4. Costs of suit.



5.  Such other and further relief to which Plaintiff may be justly entitled.


Respectfully Submitted,

JOSE MONTES, JR.
Attorney at Law
1155 Westmoreland Drive, Suite 120
El Paso, Texas 79925
Tel. (915) 881-8600
Fax. (915) 881-8787
Email: monteslawoffice@yahoo.com

By: _____
        Jose Montes, Jr.
        Texas Bar No. 14284600
        Attorney for Plaintiff,
        Alicia Lopez Mora

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____  Deputy
06/11/2021


Alicia Lopez Mora

2021DCV1566

May you please email two copies of the Original Petition to legalnetprocess@gmail.com

Defendants I would like to serve:

The County of El Paso, Texas
By Serving Ricardo A. Samaniego
500 East San Antonio Ave.
Ste. 301
El Paso, Texas 79901

The El Paso County Texas Sheriff's Department
By Serving Richard Wiles
3850 Justice Dr.
El Paso, Tx 79938

Personal Service Citation

Please Serve Plaintiff's Original Petition filed on 5/10/21

May you please email the citations to the following  email: legalnetprocess@gmail.com

Citation Fee has already been paid for on 5/10/21



A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
06/11/2021



# THE STATE OF TEXAS

Filed on May 14, 2021
4:05PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas
Cables Veronica

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:    **THE COUNTY OF EL PASO, TEXAS,** which may be served with process **by serving RICARDO A. SAMANIEGO, at 500 EAST SAN ANTONIO AVE, SUITE 301, EL PASO, TX 79901** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **205th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 10th day of May, 2021 by Attorney at Law, JOSE MONTES, JR., 1155 WESTMORELAND DR #120 EL PASO TX  79925, in this case numbered **2021DCV1566** on the docket of said court, and styled:

**ALICIA LOPEZ MORA**
**V.**
**THE COUNTY OF EL PASO, TEXAS AND THE EL PASO COUNTY, TEXAS SHERIFF'S DEPARTMENT**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 14th day of May, 2021.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:  NORMA FAVELA BARCELEAU  District Clerk
El Paso County, Texas

By: _____, Deputy
Veronica Cables

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
06/11/2021

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20_____, at _____ o'clock
_____M., and executed in _____ County, Texas, by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original
Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | _____,M. | From Court House |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____
_____
The diligence used in finding said defendant, being_____
And the cause of failure to execute this process is: _____
And the information received as to the whereabouts of the said defendant, being _____
FEES—SERVING _____ copy _____ $ _____   _____ Sheriff
                                    _____ _____ County, Texas
        Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,
_____ on the _____ day of _____,
20_____, at _____o'clock _____m. this copy of this instrument.


                        _____, Sheriff/Agent
                        _____ County, Texas
                        By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**


            **(SEAL)**

                        _____

                        **NOTARY PUBLIC, STATE OF TEXAS**



# THE STATE OF TEXAS

Filed on May 14, 2021
4:12PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas
Cables, Veronica

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:  **THE EL PASO COUNTY TEXAS SHERIFF'S DEPARTMENT,** which may be served with process **by serving RICHARD WILES, at 3850 JUSTICE DR., EL PASO, TX 79938** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **205th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 10th day of May, 2021 by Attorney at Law, JOSE MONTES, JR., 1155 WESTMORELAND DR #120 EL PASO TX  79925, in this case numbered **2021DCV1566** on the docket of said court, and styled:

**ALICIA LOPEZ MORA**
**V.**
**THE COUNTY OF EL PASO, TEXAS AND THE EL PASO COUNTY, TEXAS SHERIFF'S DEPARTMENT**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 14th day of May, 2021.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:  NORMA FAVELA BARCELEAU  District Clerk
El Paso County, Texas

By: _____, Deputy
Veronica Cables

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY
06/11/2021                    Deputy



Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|----|------|------|------|-------|------------------------------|
| | MONTH | DAY | YEAR | Hour | Min. | ____,M. | From Court House |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

                        _____   _____ County, Texas

        Total _____ $ _____   by _____, Deputy

### CERTIFICATE OF DELIVERY

   I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____o'clock ____m. this copy of this instrument.


                    _____, Sheriff/Agent

                    _____ County, Texas

                    By _____, Deputy/Agent


**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**


        **(SEAL)**


                    _____

                    **NOTARY PUBLIC, STATE OF TEXAS**



# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **THE COUNTY OF EL PASO, TEXAS,** which may be served with process **by serving RICARDO A. SAMANIEGO, at 500 EAST SAN ANTONIO AVE, SUITE 301, EL PASO, TX 79901** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **205th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 10th day of May, 2021 by Attorney at Law, JOSE MONTES, JR., 1155 WESTMORELAND DR #120 EL PASO TX  79925, in this case numbered **2021DCV1566** on the docket of said court, and styled:

**ALICIA LOPEZ MORA**
**V.**
**THE COUNTY OF EL PASO, TEXAS AND THE EL PASO COUNTY, TEXAS SHERIFF'S DEPARTMENT**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 14th day of May, 2021.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: NORMA FAVELA BARCELEAU  District Clerk
El Paso County, Texas

By: _____ , Deputy
Veronica Cables

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____
06/11/2021                              Deputy

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the

date of delivery endorsed thereon and with a copy of the petition attached thereto."



**RETURN**

Came on hand on ____19____ day of _____May_____, 20_21_, at _10:00_ o'clock
_A_ M., and executed in _____El Paso_____ County, Texas, by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original
Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | Place, and Course and Distance |
| | MONTH | DAY | YEAR | Hour | Min. ____.M. | From Court House |
|---|---|---|---|---|---|---|
| The County of El Paso, | 5-19-21 | | | 1:55 PM | | 500 E San Antonio Ave |
| Texas which may be served with | | | | | | # 301 |
| process by serving Ricardo A. | | | | | | El Paso, TX 79901 |
| Samaniego through Christabelle Guzman, | | | | | | |
| Administrative Specialist | | | | | | |
| delivered in person | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____      *Legal-Net Process Service*      Sheriff
                                        1444 Montana Ave. Ste. 210  County, Texas
                                            El Paso, Texas 79902
      Total _____  $ _60.00_  by _____, Deputy

## CERTIFICATE OF DELIVERY
I do hereby certify that I delivered to ~~The County of El Paso Texas which may be served with process by~~
~~serving Ricardo A Samaniego through Christabelle Guzman,~~
~~Administrative Specialists delivered in person~~,  at
500 E San Antonio Ave # 301 El Paso, TX 79901 on the _19_ day of ____May____,
20_21_, at _1:55_ o'clock _P_ m. this copy of this instrument.



                              *Legal-Net Process Service*
                              1444 Montana Ave. Ste. 210      Sheriff/Agent
                                  El Paso, Texas 79902
                                                            County, Texas
                              By _____, Deputy/Agent
                              Sergio Martinez PSC#1521 EXP:10-31-21

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE** _20_ **DAY OF** ____May____, 20_21_.

        (SEAL)

                              _____
                              **NOTARY PUBLIC, STATE OF TEXAS**

ANNE MCGEHEE
Notary ID #221389
My Commission Expires
April 16, 2025



# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **THE EL PASO COUNTY TEXAS SHERIFF'S DEPARTMENT**, which may be served with process **by serving RICHARD WILES, at 3850 JUSTICE DR., EL PASO, TX 79938** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **205th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 10th day of May, 2021 by Attorney at Law, JOSE MONTES, JR., 1155 WESTMORELAND DR #120 EL PASO TX 79925, in this case numbered **2021DCV1566** on the docket of said court, and styled:

**ALICIA LOPEZ MORA**
**V.**
**THE COUNTY OF EL PASO, TEXAS AND THE EL PASO COUNTY, TEXAS SHERIFF'S DEPARTMENT**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 14th day of May, 2021.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: NORMA FAVELA BARCELEAU District Clerk
El Paso County, Texas

By: _____, Deputy
Veronica Cables

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
06/11/2021

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the

date of delivery endorsed thereon and with a copy of the petition attached thereto."



## RETURN

Came on hand on ____19____ day of _____May_____, 20_21_, at _4:00_ o'clock
_P_ M., and executed in _____El Paso_____ County, Texas, by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original
Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|---|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | Hour | Min. | .M. | From Court House |
| The El Paso County | 5-27-21 | | | 9:45 | AM | | 3850 Justice Dr |
| Texas Sheriff's Department | | | | | | | El Paso, TX 79938 |
| which may be served with process by serving Richard Wiles | | | | | | | |
| delivered in person | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being_____

FEES—SERVING ____ copy _____ $ _____   **Legal-Net Process Service**
                                           **1444 Montana Ave. Ste. 210**   xSHERIFFx
                                           **El Paso, Texas 79902**   County, Texas

Total _____ $ _80.00_ by _Sam Men_   xxxxx
                              Sergio Martinez PSC#1521EXP:10-31-21   Deputy

## CERTIFICATE OF DELIVERY

The El Paso County Texas Sheriff's Department which
may be served with process by serving Richard Wiles
I do hereby certify that I delivered to ____delivered in person at_____

_3850 Justice Dr El Paso, TX 79938_ on the __27__ day of _____May_____,

20_21_, at _9:45_ o'clock _A_ m. this copy of this instrument.

**Legal-Net Process Service**
**1444 Montana Ave. Ste. 210**, Sheriff/Agent
**El Paso, Texas 79902**
_____ County, Texas
By _Sam Men_ , Deputy/Agent
Sergio Martinez PSC#1521EXP:10-31-21

SUBSCRIBED AND SWORN TO BEFORE ME ON THE __27__ DAY OF ____May____, 20_21_.

**(SEAL)**

_Rosa Cervantes_

**NOTARY PUBLIC, STATE OF TEXAS**



# EXHIBIT B

205th District Court

# CASE SUMMARY
## CASE NO. 2021DCV1566

| | | |
|---|---|---|
| Alicia Lopez Mora | § | Location: **205th District Court** |
| V. | § | Judicial Officer: **Dominguez, Francisco X.** |
| The County of El Paso, Texas and The El Paso County, | § | Filed on: **05/10/2021** |
| Texas Sheriff's Department | § | |

### CASE INFORMATION

Case Type: **Other Injury or Damage**

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2021DCV1566 |
| Court | 205th District Court |
| Date Assigned | 05/10/2021 |
| Judicial Officer | Dominguez, Francisco X. |

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Lopez Mora, Alicia** | **MONTES, JOSE, Jr.** |
| | | *Retained* |
| | | 915-881-8600(W) |
| | | |
| **Defendant** | **The County of El Paso, Texas** | |
| | **The El Paso County, Texas Sheriff's Department** | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

### EVENTS

| | |
|---|---|
| 05/10/2021 | Original Petition (OCA) |
| 05/10/2021 | E-File Event Original Filing |
| | */ PLAINTIFF'S ORIGINAL PETITION/ ER* |
| 05/12/2021 | Request |
| | *FOR CITATIONS/ ER* |

### SERVICE

| | |
|---|---|
| 05/14/2021 | **Citation** |
| | The County of El Paso, Texas |
| | Served: 05/19/2021 |
| | Response Due: 06/14/2021 |
| | The El Paso County, Texas Sheriff's Department |
| | Served: 05/27/2021 |
| | Response Due: 06/21/2021 |
| | *Emailed to legalnetprocess@gmail.com // VC* |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Plaintiff** Lopez Mora, Alicia

| | |
|---|---|
| Total Charges | 323.00 |
| Total Payments and Credits | 323.00 |
| **Balance Due as of 6/1/2021** | |

*Printed on*

**203rd District Court**

# Case Summary

### Case No. 2021DCV1566



A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY

06/11/2021                    Deputy



*Printed o*